IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARIA MARQUEZ HERNANDEZ, ITZEL MARQUEZ HERNANDEZ, by and through her next friend Luis Marquez, and ADRIANA ROMERO, by and through her next friend Alejandra Castillo,<br><br>    Plaintiffs,<br><br>  v.<br><br>DAVE HEINEMAN, Governor of Nebraska, in his official capacity, NEBRASKA DEPARTMENT OF MOTOR VEHICLES, and RHONDA LAHM, Director of the Nebraska Department of Motor Vehicles, in her official capacity,<br><br>    Defendants. | Case No. 4:14CV3178<br><br><br><br><br>**SHOW CAUSE ORDER** |

  The records of the court show that on September 2, 2014, a letter (#3) was sent to Christine P. Sun, attorney for plaintiffs, from the Clerk of the U. S. District Court, directing that within fifteen (15) days she should register for admission to practice in this court, and to register for the U. S. District Court of Nebraska's Case Management/Electronic Case Filing System ("System").

  As of the date of this order, the attorney has not complied with the request set forth in the letter from the Office of the Clerk.

  **IT IS ORDERED** that, on or before **November 28, 2014**, Attorney Christine P. Sun is to register for the System or show cause by written affidavit why she cannot comply with the rules of the court.

  DATED: November 6, 2014.

                BY THE COURT:

                s/ F.A. Gossett
                United States Magistrate Judge